J. Devlan Geddes
Cameron T. Clevidence
**GOETZ, GEDDES & GARDNER, P.C.**
35 N. Grand Ave.
P.O. Box 6580
Bozeman, MT 59771
devlan@goetzlawfirm.com
cclevidence@goetzlawfirm.com

Raph Graybill
Rachel Parker
**GRAYBILL LAW FIRM, P.C.**
300 4th Street North
Great Falls, MT 59403
(406) 452-8566
raph@graybilllawfirm.com
rachel@graybilllawfirm.com

John Heenan
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, MT 59102
(406) 839-9091
john@lawmontana.com

David R. Paoli
**PAOLI LAW FIRM, PC**
257 West Front St. Ste. A
Missoula, MT 59802
(406) 542-3330
davidpaoli@paoli-law.com

Domenic A. Cossi
**WESTERN JUSTICE
ASSOCIATES, PLLC**
303 W. Mendenhall Street, Suite 1
Bozeman, MT 59715
(406) 587-1900
domenic@westernjusticelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| ALEXIS JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HEALTH CARE SERVICE CORPORATION dba BLUE CROSS BLUE SHIELD OF MONTANA, INC., and JOHN DOES 1-10.<br><br>Defendants. | Cause No.: CV-25-99-GF-JTJ<br><br><br>NOTICE OF DISMISSAL |

| | |
|---|---|
| KARA RUDDICK, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>HEALTH CARE SERVICE CORPORATION dba BLUE CROSS BLUE SHIELD OF MONTANA, INC., and JOHN DOES 1-10.<br><br>       Defendants. | Cause No.: CV-25-76-H-TJC |
| SHANNON CLINT BRYAN, CHARLES MCDONALD and WILSON WYLLIE, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br>HEALTH CARE SERVICE CORPORATION dba BLUE CROSS BLUE SHIELD OF MONTANA, INC., and JOHN DOES 1-10.<br><br>       Defendants. | Cause No.: CV-25-99-BU-TJC |
| LUCY WEINRICH and ZACHARY T. PEEVEY, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>HEALTH CARE SERVICE CORPORATION dba BLUE CROSS BLUE SHIELD OF MONTANA, INC.<br><br>       Defendants. | Cause No.: CV-25-81-H-TJC |

In accordance with Rule 41(a)(1), Plaintiffs hereby notice the dismissal of

the consolidated action with case number 4:25-cv-00099-JTJ and each of the cases

comprising the consolidated action.   As of the time of this notice Defendants have

not answered the complaints or moved for summary judgment.

DATED this 23rd day of January 2026.


*/s/ Raph Graybill*
_____
Raph Graybill
Rachel Parker
**GRAYBILL LAW FIRM, P.C.**
300 4th Street North
Great Falls, MT 59401
(406) 452-8566
raph@graybilllawfirm.com
rachel@graybilllawfirm.com


J. Devlan Geddes
Cameron T. Clevidence
**GOETZ, GEDDES &
GARDNER, P.C.**
35 N. Grand Ave.
P.O. Box 6580
Bozeman, MT 59771
devlan@goetzlawfirm.com
cclevidence@goetzlawfirm.com

John Heenan
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, MT 59102
(406) 839-9091
john@lawmontana.com

David R. Paoli
**PAOLI LAW FIRM, PC**
257 West Front St. Ste. A
Missoula, MT 59802
(406) 542-3330
davidpaoli@paoli-law.com

Domenic A. Cossi
**WESTERN JUSTICE
ASSOCIATES, PLLC**
303 W. Mendenhall Street, Suite 1
Bozeman, MT 59715
(406) 587-1900
domenic@westernjusticelaw.com


*Attorneys for Plaintiffs*

3